



## MEMORANDUM OPINION

No. 04-08-00398-CV

Loann The **TRINH**, D.O.,
Appellant

v.

Maria Zamora **RODRIGUEZ**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2007CVQ001492-D2
Honorable Raul Vasquez, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:   September 10, 2008

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM